TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
tchance@bhfs.com
EMILY L. DYER, ESQ., Nevada Bar No. 14512
edyer@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada  89106
Telephone:     702.382.2101
Facsimile:      702.382.8135

RICHARD ROSENBERG, ESQ. (admitted *pro hac vice*)
rrosenberg@brgslaw.com
DAVID FISHMAN, ESQ. (admitted *pro hac vice*)
dfishman@brgslaw.com
ALEXIS CIRKINYAN, ESQ. (admitted *pro hac vice*)
acirkinyan@brgslaw.com
BALLARD ROSENBERG GOLPER & SAVITT, LLP
15760 Ventura Boulevard, 18th Floor
Encino, CA 91436
Telephone:     818.508.3700

*Attorneys for Defendants DTG Las Vegas, LLC;*
*Fifth Street Gaming, LLC; and DTG Las Vegas Manager, LLC*
*dba Downtown Grand Hotel & Casino*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>DTG LAS VEGAS, LLC; FIFTH STREET GAMING, LLC; AND DTG LAS VEGAS MANAGER, LLC dba DOWNTOWN GRAND HOTEL & CASINO, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-00510-APG-NJK<br><br><br>**JOINT STIPULATION AND ORDER CONTINUING STAY OF ACTION PENDING FINAL TERMS OF CONSENT DECREE** |

/ / /

/ / /

/ / /

1

Plaintiff United States Equal Employment Opportunity Commission ("Plaintiff" or "EEOC") and Defendants DTG Las Vegas, LLC, DTG Las Vegas Manager, LLC, and Fifth Street Gaming, LLC (collectively, "Defendants") (Defendants and Plaintiffs collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On August 11, 2023, the Parties submitted a First Amended Stipulation and Order requesting the Court temporarily stay the action pending mediation. (ECF No. 22).

2. On August 15, 2023, the Honorable Nancy J. Koppe, United States Magistrate Judge, granted the Parties' request and stayed the action until November 15, 2023. (ECF No. 24).

3. Per Judge Koppe's Order, the Parties were to file a Joint Status Report by November 15, 2023. (ECF No. 24).

4. The Parties attended private, in-person Mediation with Sonya D. Goodwin on November 8, 2023 and settled the monetary portion of the action.

5. On November 15, 2023, the Parties submitted a Joint Status Report updating the Court of the successful mediation, informing the Court that the Parties were in the process of finalizing the terms of a Consent Decree, and requesting an additional stay of 45 days. (EFC No. 27)

6. On November 16, 2023, the Honorable Nancy J. Koppe, United States Magistrate Judge, granted the requested stay which was extended to January 2, 2024. (Docket Entry No. 28)

7. On January 2, 2024, the Parties submitted a Joint Stipulation and Order requesting the Court continue to stay the action for 45 days to allow the parties to finalize the terms of the Consent Decree. (Docket Entry No. 29)

8. On January 3, 2024, the Honorable Nancy J. Koppe, United States Magistrate Judge, granted the requested stay which was extended to February 16, 2024. (Docket Entry No. 30)

9. The Parties have been and continue to be diligently working to finalize the terms of the Consent Decree but require additional time to resolve the final outstanding issues. The

Parties expect the Consent Decree will be finalized and submitted to the Court for review and approval within the next 15 days.

10. To allow the Parties time to finalize the terms of a Consent Decree, the Parties hereby stipulate and agree that all court proceedings and deadlines, including the requirements of LR 26-1 and FRCP 26(a)(1), should be stayed for an additional 30 days.

11. The Court has the power to continue to stay the proceedings as part of its inherent power "to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). In deciding whether to grant a stay, a court may weigh the "competing interests of the parties and of the Court."  *Coker v. Dowd*, No. 2:13-CV-0994-JCM-NJK, 2013 WL 12216682, at *1 (D. Nev. July 8, 2013).  The competing interests that may be considered include "the possible damage which may result from the granting of a stay, the hardship or inequity which a party may suffer in being required to go forward, and the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay." *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962).

12. The Parties submit that the competing interests weigh in favor of continuing the stay. The stay will promote judicial economy and allow this Court to more effectively control the disposition of the cases on its docket with economy of time and effort for itself, for counsel, and the litigants.  Given that this case has settled pending the Parties finalizing the terms of a Consent Decree and no deadlines or trial date have been set supports a continuation of the stay to allow the Parties an opportunity to finalize the terms of a Consent Decree and submit it to the Court for review and approval.  This will save the Parties from having to incur additional, potentially unnecessary litigation costs.

13. This stipulation is entered in good faith, is reasonably necessary, and is not sought for the purposes of delay.

/ / /

/ / /

14. This is the Parties' fifth request to stay this proceeding.

**IT IS SO STIPULATED.**

Respectfully submitted,


DATED: February 15, 2024

BY: */s/ Taylor Markey*

Taylor Markey
EEOC Assistant Regional Attorney

*Attorney for Plaintiff*
*U.S. EQUAL EMPLOYMENT*
*OPPORTUNITY COMMISSION*

DATED: February 15, 2024

BROWNSTEIN HYATT FARBER SCHRECK, LLP
BY: */s/ Travis F. Chance*

Travis F. Chance, Esq., NV Bar No. 13800
tchance@bhfs.com
Emily L. Dyer, Esq., NV Bar No. 14512
edyer@bhfs.com
100 North City Parkway, Suite 1600
Las Vegas, Nevada  89106

BY: */s/ David Fishman*

David Fishman, Esq. (admitted *pro hac vice*)
dfishman@brgslaw.com
Richard Rosenberg, Esq. (admitted pro hac vice)
rrosenberg@brgslaw.com
Alexis Cirkinyan, Esq. (admitted *pro hac vice*)
acirkinyan@brgslaw.com
BALLARD ROSENBERG GOLPER & SAVITT, LLP
15760 Ventura Boulevard, 18th Floor
Encino, CA 91436

*Attorneys for Defendants DTG Las Vegas, LLC, Fifth Street Gaming, LLC, and DTG Las Vegas Manager, LLC dba Downtown Grant Hotel & Casino*

## ORDER

**IT IS SO ORDERED.**


_____
UNITED STATES MAGISTRATE JUDGE

Dated: _____

1

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), and Section IV of the District of Nevada

2

3

Electronic Filing Procedures, I hereby certify that I am an employee of Ballard Rosenberg Golper

& Savitt, LLP, and that on February 16, 2024, I served a true and correct copy of the foregoing

4

**JOINT STIPULATION AND ORDER CONTINUING STAY OF ACTION PENDING**

5

6

**FINAL TERMS OF CONSENT DECREE,** via electronic service, through the Court's CM/ECF

e-filing service, to the following:

7

8

*Attorneys for Plaintiff*
*U.S. Equal Employment Opportunity Commission*

9

Anna Y. Park

10

anna.park@eeoc.gov
Nakkisa Akhavan

11

nakkisa.akhavan@eeoc.gov
Taylor Markey

12

taylor.markey@eeoc.gov
U.S. EQUAL EMPLOYMENT

13

OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor

14

Los Angeles, CA  90012

15

Oscar Peralta
oscar.peralta@eeoc.gov

16

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

17

18

19

   */s/ Lisa Chiarella*

20

an employee of Ballard Rosenberg Golper & Savitt, LLP

21

22

23

24

25

26

27

28

2333725.1

**CERTIFICATE OF SERVICE**