Anna Y. Park, CA SBN 164242
anna.park@eeoc.gov
Nakkisa Akhavan, CA SBN 286260
nakkisa.akhavan@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 785-3080
Facsimile: (213) 894-1301
E-mail: lado.legal@eeoc.gov

Beatriz Biscardi Andre, CA SBN 367034
beatriz.andre@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA 94102
Telephone: (786) 648-5806

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>DTG LAS VEGAS, LLC; FIFTH STREETH GAMING, LLC; and DTG LAS VEGAS MANAGER, LLC dba DOWNTOWN GRANT HOTEL & CASINO, and DOES 1-10, inclusive,<br>Defendants | Case No. 2:23-cv-00510-APG-NJK<br><br>**PLAINTIFF EEOC'S MOTION TO WITHDRAW GOVERNMENT ATTORNEYS ANNA Y. PARK AND NAKKISA AKHAVAN** |

1

Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") moves this Court for an Order granting its motion to remove Anna Y. Park and Nakkisa Akhavan as attorneys of record in this matter.

Anna Y. Park and Nakkisa Akhavan are withdrawing as attorneys of record in this matter. Accordingly, Ms. Park and Ms. Akhavan should be removed from the list of counsel for the EEOC and from the electronic service system for this matter. EEOC Trial Attorney Beatriz Biscardi Andre remains as attorney of record for Plaintiff EEOC.

Dated: January 28, 2026

Respectfully submitted,

*/s/ Anna Y. Park*
Anna Y. Park
Regional Attorney

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

IT IS SO ORDERED.
Dated:  January 29, 2026

.

.

_____
Nancy J. Koppe
United States Magistrate Judge

2